# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Vervain, LLC<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>Micron Technology, Inc.;<br>Micron Semiconductor Products, Inc.; and<br>Micron Technology Texas, LLC<br><br>　　　　*Defendants*. | Civil Action No. 6:21-cv-487-ADA |

## JOINT NOTICE REGARDING EXTENDING DEADLINES

The above-identified parties have agreed to the following extended deadlines. Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Requests to Change Deadlines, the above-identified parties submit this Joint Notice to memorialize their agreement to extend case deadlines. None of the extensions impact the date for any hearing, trial, or other Court date, and the extensions do not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

| Item | Previous Deadline | New Deadline |
|---|---|---|
| Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits | 2/1/2023 | 2/22/2023 |
| The parties shall file a Joint Report within 5 business days regarding the results of the second meet and confer.[1] | 2/8/2023 | 3/1/2023 |

---

[1] *See* the Court's Standing Order Governing Proceedings (OGP) 4.2 at 14-15.

| | |
|---|---|
| Dated:  February 1, 2023 | Respectfully submitted, |
| /s/ *Alan L. Whitehurst* | /s/ *Jared Bobrow (with permission)* |
| Alan L. Whitehurst<br>D.C. Bar No. 484873<br>awhitehurst@McKoolSmith.com<br>Christopher P. McNett<br>D.C. Bar No. 1500360<br>cmcnett@McKoolSmith.com<br>Stuart McCommas<br>  (admitted pro hac vice)<br>VA Bar No. 86592<br>smccommas@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>1999 K Street, NW, Suite 600<br>Washington, DC 20006<br>Telephone: (202) 370-8344<br><br>John B. Campbell<br>Texas State Bar No. 24036314<br>jcampbell@McKoolSmith.com<br>James E. Quigley<br>Texas State Bar No. 24075810<br>jquigley@McKoolSmith.com<br>**MCKOOL SMITH, P.C.**<br>303 Colorado Street, Suite 2100<br>Austin, TX 78701<br>Telephone: (512) 692-8700<br>Facsimile: (512) 692-8744<br><br>*Attorneys for Plaintiff Vervain, LLC* | Jared Bobrow (admitted pro hac vice)<br>CA Bar No. 133712<br>jbobrow@orrick.com<br>Jason Lang (admitted pro hac vice)<br>CA Bar No. 255642<br>jlang@orrick.com<br>Elizabeth R. Moulton (admitted pro hac vice)<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: 650.614.7400<br>Facsimile: 650.614.7401<br><br>Claudia Wilson Frost<br>State Bar No. 21671300<br>cfrost@orrick.com<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>609 Main, 40th Floor<br>Houston, TX 77002<br>Telephone: 713.658.6400<br>Facsimile: 713.658.6401<br><br>Christopher Childers (admitted pro hac vice)<br>DC Bar No. 1719610<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>1152 15th Street, N.W.<br>Washington, DC 20005<br>Telephone: 202.339.8400<br>Facsimile: 202.339.8500<br><br>Parth Sagdeo (admitted pro hac vice)<br>MA Bar No. 707696<br>psagdeo@orrick.com<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>222 Berkeley St., Suite 2000<br>Boston, MA 02116<br>Telephone: 617.880.1800<br>Facsimile: 617.880.1801<br><br>*Attorneys for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC* |

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on February 1, 2023, a true and correct copy of the foregoing document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ <i>Alan L. Whitehurst</i><br>
Alan L. Whitehurst