IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **VERVAIN, LLC,**<br><br>   **Plaintiff,**<br><br> v.<br><br>**MICRON TECHNOLOGY, INC.,**<br>**MICRON SEMICONDUCTOR PRODUCTS,**<br>**INC., AND MICRON TECHNOLOGY**<br>**TEXAS, LLC,**<br><br>   **Defendants.** | Case No.  6:21-cv-00487-ADA |

**NOTICE OF REQUEST FOR DAILY TRANSCRIPT AND**
**REAL TIME REPORTING OF TRIAL PROCEEDINGS**

  Pursuant to the Amended Scheduling Order (Dkt. 104), Plaintiff Vervain, LLC hereby notifies the Court of its request for daily transcript and real time reporting of the trial proceedings in this matter. A copy of this request is being provided via email to Kristie Davis, court reporter, at kmdaviscsr@yahoo.com.

Dated: March 29, 2023

                              MCKOOL SMITH, P.C.

                               /s/ *Alan L. Whitehurst*
                               Alan L. Whitehurst
                               D.C. Bar No. 484873
                               awhitehurst@McKoolSmith.com
                               Christopher P. McNett
                               D.C. Bar No. 1500360
                               cmcnett@McKoolSmith.com
                               Arvind Jairam
                               D.C. Bar No. 1017133
                               ajairam@McKoolSmith.com
                               Stuart S. McCommas (pro hac vice)
                               D.C. Bar No. 1617818
                               smccommas@McKoolSmith.com

Elizabeth Bernard (pro *hac vice*)
NY Bar No. 4282216
ebernard@McKoolSmith.com
**MCKOOL SMITH, P.C.**
1999 K Street, NW Suite 600
Washington, DC 20006
Telephone: (202) 221-6267

Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@McKoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000

John B. Campbell
Texas State Bar No. 24036314
jcampbell@McKoolSmith.com
James E. Quigley
Texas State Bar No. 24075810
jquigley@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

*Attorneys for Plaintiff Vervain, LLC*

## CERTIFICATE OF SERVICE

      The undersigned certifies that on March 29, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's electronic filing system.

                                                 /s/ *Alan L. Whitehurst*
                                                 Alan L. Whitehurst